No. 4,972.—MATT JARVI, PLAINTIFF AND RESPONDENT, *v.* C. F. McMENAMIN ET AL., DEFENDANTS AND APPELLANTS.

*Appeal from District Court of Musselshell County; Geo. A. Horkan, Judge.*

Decided January 4, 1923.

PER CURIAM.—Appellants having failed to file their brief in the above-entitled cause, the order appealed from is affirmed.

*Mr. R. O. Lunke,* for Appellants.

*Mr. V. D. Dusenbery,* for Respondent.

———

No. 4,973.—JOSEPH W. CLARK, PLAINTIFF AND RESPONDENT, *v.* C. F. McMENAMIN ET AL., DEFENDANTS AND APPELLANTS.

*Appeal from District Court, Musselshell County; Geo. A. Horkan, Judge.*

Decided January 4, 1923.

PER CURIAM.—Appellants having failed to file their brief in the above-entitled cause, the order appealed from is affirmed.

*Mr. R. O. Lunke,* for Appellants.

*Mr. V. D. Dusenbery,* for Respondent.